IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD NUNEZ, K81882, ) | |
| ) | |
| Plaintiff, ) | No. C 16-0419 CRB (PR) |
| ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | |
| PELICAN BAY STATE PRISON, ) | |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

On January 25, 2016, the court notified plaintiff in writing that the action was deficient because plaintiff did not pay the requisite $400.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months.  See 28 U.S.C. § 1915(a)(2).  Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 28 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so.  Plaintiff's incomplete in forma pauperis application is DENIED and the action is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED:  March 8, 2016                    _____
                                         CHARLES R. BREYER
                                         United States District Judge

G:\PRO-SE\CRB\CR.16\Nunez, D.16-0419.dsifp.wpd